CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena to | 19-mc-100 |
| Hawaiian Electric Company, Inc. | |

DECLARATION PURSUANT TO 17 U.S.C. 512(h)

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney licensed to practice law in Hawai'i and represent Hunter Killer Productions, Inc. the owner of the copyright in the motion picture *Hunter Killer*.

2. This declaration is made in support of the accompanying subpoena, pursuant to 17 USC 512(h)(2)(C).

3. The purpose of the accompanying Subpoena is to obtain the identity of the alleged copyright infringer(s) who is/are used the device associated with the Hawaiian Electric Company Verizon service account identified by telephone number (808)342-9832 to infringe the Work on 2019-03-18 21:03:27 UTC. The

20-017A

information obtained will be used only for the purpose of protecting the rights granted to the copyright owner(s).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, May 15, 2019.

        CULPEPPER IP, LLLC

        /s/ Kerry S. Culpepper
        Kerry S. Culpepper

        Attorney for Owner/Requestor